# J.

JAIL BOND—See Bail Bond.

———

JAILS AND JAILERS—See Poor Debtor 1.

———

# JOINDER.

*No.* 1.

**FLOWERS, EXECUTOR,** *against* **KENT.** *Bennington,* 1817.

AN Executor may join in the same declaration, a count for money had and received, to the use of the *testator,* and a count for money had and received, to his use, *as executor.*